UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| RONALD LUKETICH,<br><br>        Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>        Defendant. | Case No.  14-CV-03303-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Lissa A. Martinez
Defendant's Attorney: Melissa M. Cowan

      An initial case management conference was held on December 3, 2014.  A further case management conference was set for March 25, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by March 18, 2015.

      The parties shall file a joint settlement status report no later than February 26, 2015.

      The Court set the following case schedule:

DEADLINE TO COMPLETE PRIVATE MEDIATION is March 2, 2015.

DISCOVERY CUTOFF is June 30, 2015.

RULE 52 CROSS MOTIONS:
    Opening Briefs: August 13, 2015 (20-page limit)
    Opposition Briefs: September 10, 2015 (15-page limit)
    Reply Briefs: September 24, 2015 (5-page limit)

1

Case No.: 14-CV-03303-LHK
CASE MANAGEMENT ORDER

1   RULE 52 HEARING DATE is October 29, 2015, at 1:30 p.m. in courtroom 8, 4th floor.

2   LENGTH OF HEARING is estimated to be 1 hour.

4   **IT IS SO ORDERED**.

5   Dated: December 3, 2014

```
                                    LUCY H. KOH
                                    United States District Judge
```